JOHN F. O'LEARY *v.* LUMBERMENS MUTUAL CASUALTY COMPANY

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

*George L. Holmes, Jr.,* for the appellee (plaintiff).

*Christopher C. Burdett,* for the appellant (defendant).

Argued April 4—decided April 4, 1978

ANTONIO LAPROVIDENZA *v.* STATE EMPLOYEES RETIREMENT COMMISSION

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Charles A. Overend,* assistant attorney general, for the appellee (defendant).

*Noel R. Newman,* for the appellant (plaintiff).